Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass strips specially designed and manufactured for use as a frame around mirrors the same in all material respects as those the subject of *Friedman Mirror & Glass Co., Inc.* v. *United States* (34 Cust. Ct. 236, C. D. 1710), the claim of the plaintiffs was sustained.

**No. 59858.**—Atlas Trading Co. v. United States, protest 23461–K (Los Angeles).

Opinion by WILSON, J. It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643). Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

BEFORE THE SECOND DIVISION, APRIL 19, 1956

**No. 59859.**—L. Bamberger & Co. v. United States, protest 229937–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 19, 1956

**No. 59860.**—Morganite, Inc. v. United States, protests 182311–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the

subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 59861.**—Morganite, Inc. *v.* United States, protests 193671–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 59862.**—Paul A. Straub & Co., Inc. *v.* United States, protests 186075–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59863.**—Sprouse-Reitz Co., Inc. *v.* United States, protest 242694–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of blue willow coffee mugs, composed of earthenware having a nonvitrified absorbent body, ornamented, painted, printed, or decorated, and that if said merchandise were now before the appraiser for classification, it would be described and advisorily classified as tableware, kitchenware, or table or kitchen utensils at 10 cents per dozen pieces and 45 percent ad valorem under paragraph 211, as modified, *supra*, the claim of the plaintiff was sustained.

**No. 59864.**—Leading Forwarders, Inc. *v.* United States, protest 260714–K (New York).